FILED

MAR 16 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94102
7     Telephone: (415) 436-6830
      Facsimile: (415) 436-7234
8     E-mail: kyle.waldinger@usdoj.gov

   Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )   No. CR 3-10-70084 MEJ
                                    )
13      Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                    )   DOCUMENTING WAIVER OF TIME
14      v.                          )   UNDER RULE 5.1 AND EXCLUSION OF
                                    )   TIME UNDER THE SPEEDY TRIAL ACT
15 FLAVIO DE MORAIS,                )
                                    )
16      Defendant.                  )
                                    )
17 _____  )

18      WHEREAS, a Criminal Complaint was filed in this matter on February 8, 2010;

19      WHEREAS, the defendant initially appeared in this matter on February 9, 2010, and was

20 released by the Court at that time on an unsecured $50,000 bond;

21      WHEREAS, at the time of the initial appearance the Court scheduled the parties' next

22 appearance for February 11, 2010, for the purposes of identification of counsel and, at the

23 hearing on February 11, 2010, the defense requested that the Court set a date of March 3, 2010,

24 for preliminary hearing or arraignment. Since that time, the defendant has retained new counsel,

25 and the parties agreed to continue the date for a preliminary hearing to March 17, 2010;

26      WHEREAS, the United States has and will provide discovery to defense counsel, who

27 has reviewed and will review the evidence. Counsel for the defendant also believes it is in the

28 defendant's best interest to negotiate the case pre-indictment.

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG

WHEREAS, counsel for the defendant believes that additional time is necessary to review the evidence and investigate the case, and believes it is in the best interests of the defendant to do so before formal charges are filed;

WHEREAS, taking into account the public interest in the prompt disposition of criminal cases, the parties agree that these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 from March 17, 2010, to May 12, 2010;

WHEREAS, the parties agree that a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial; and

WHEREAS, the defendant consents to the setting of the preliminary hearing on May 12, 2010, as well as an exclusion of time under the Speedy Trial Act from March 17, 2010, to May 12, 2010;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the date for the preliminary hearing be set for May 12, 2010, at 9:30 a.m. under Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3060 and that time be excluded under the Speedy Trial Act between March 17, 2010, and May 12, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: March 12, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
KYLE F. WALDINGER
Assistant United States Attorney

DATED: March 12, 2010

/s/
HUGH A. LEVINE
Counsel for the Defendant

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG                2

1  [PROPOSED] ORDER

2  For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in
3  this matter is re-set from March 17, 2010, to May 12, 2010, at 9:30 a.m., before the Honorable
4  Joseph C. Spero. The Court finds that good cause is shown for extending the time limits set
5  forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is
6  proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

7  The Court finds that the failure to grant the requested extension would deny counsel the
8  reasonable time necessary for effective preparation, taking into account the exercise of due
9  diligence. The Court finds that the ends of justice served by granting the requested extension
10 outweigh the best interests of the public and the defendant in a speedy trial and in the prompt
11 disposition of criminal cases. The Court also concludes that an exclusion of time from March
12 17, 2010, through and including May 12, 2010, should be made under Title 18, United States
13 Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of
14 justice served by excluding the period from March 17, 2010, to May 12, 2010, outweigh the best
15 interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

17 IT IS SO ORDERED.

19 Dated: 3/15/10

    EDWARD M. CHEN
    UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG                              3