| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | KYLE F. WALDINGER (ILSB 6238304)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6830<br>Facsimile: (415) 436-7234<br>E-mail: kyle.waldinger@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3-10-70084 MEJ |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER OF TIME |
| v. | ) ) | UNDER RULE 5.1 AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| FLAVIO DE MORAIS, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

WHEREAS, a Criminal Complaint was filed in this matter on February 8, 2010;

WHEREAS, the defendant initially appeared in this matter on February 9, 2010, and was released by the Court at that time on an unsecured $50,000 bond;

WHEREAS, at the time of the initial appearance the Court scheduled the parties' next appearance for February 11, 2010, for the purposes of identification of counsel and, at that hearing, the defense requested that the Court set a date of March 3, 2010, for preliminary hearing or arraignment. After the appearance on February 11, 2010, the defendant retained new counsel, and the parties agreed to continue the date for a preliminary hearing to March 17, 2010;

WHEREAS, on March 12, 2010, the parties agreed to continue the date for a preliminary hearing from March 17, 2010 to May 12, 2010;

WHEREAS, the United States has and will provide discovery to defense counsel, who

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG

has reviewed and will review the evidence. Counsel for the defendant also believes it is in the defendant's best interest to negotiate the case pre-indictment.

WHEREAS, counsel for the defendant believes that additional time is necessary to review the evidence and investigate the case, and believes it is in the best interests of the defendant to do so before formal charges are filed;

WHEREAS, it now appears that counsel for the United States will be out of the office on personal leave from approximately May 10, 2010 through May 31, 2010, and counsel for the defendant will be out of the office in mid-June 2010;

WHEREAS, taking into account the public interest in the prompt disposition of criminal cases, the parties agree that these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 from May 12, 2010 to June 23, 2010;

WHEREAS, the parties agree that a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial; and

WHEREAS, the defendant consents to the setting of the preliminary hearing on June 23, 2010, as well as an exclusion of time under the Speedy Trial Act from May 12, 2010 to June 23, 2010;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the date for the preliminary hearing be set for June 23, 2010, at 9:30 a.m. under Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3060 and that time be excluded under the Speedy Trial Act between May 12, 2010 and June 23, 2010, under 18 U.S.C.

///
///
///
///
///

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG             2

1. § 3161(h)(7)(B)(iv).
2. IT IS SO STIPULATED.
3. DATED: May 7, 2010  JOSEPH P. RUSSONIELLO
   United States Attorney

   _____/s/_____
   KYLE F. WALDINGER
   Assistant United States Attorney

   DATED: May 7, 2010  _____/s/_____
   HUGH A. LEVINE
   Counsel for the Defendant

[PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in this matter is re-set from May 12, 2010 to June 23, 2010, at 9:30 a.m., before the Honorable James Larson. The Court finds that good cause is shown for extending the time limits set forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time from May 12, 2010 through and including June 23, 2010, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice served by excluding the period from May 12, 2010 to June 23, 2010 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: May 7, 2010

_____
JOSEPH [signature: Judge Joseph C. Spero]
UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG                3