1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division

4   KYLE F. WALDINGER (ILSB 6238304)
    Assistant United States Attorney

5
    450 Golden Gate Avenue, 11th Floor
6   San Francisco, California 94102
    Telephone: (415) 436-6830
7   Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

8
    Attorneys for Plaintiff
9

**FILED**

**JUL 13 2010**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,            )   No. CR 3-10-70084 MEJ
                                          )
13            Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                          )   DOCUMENTING WAIVER OF TIME
14       v.                               )   UNDER RULE 5.1 AND EXCLUSION OF
                                          )   TIME UNDER THE SPEEDY TRIAL ACT
15   FLAVIO DE MORAIS,                    )
                                          )
16            Defendant.                  )
                                          )
17   _____ )

18       WHEREAS, a Criminal Complaint was filed in this matter on February 8, 2010;

19       WHEREAS, the defendant initially appeared in this matter on February 9, 2010, and was

20   released by the Court at that time on an unsecured $50,000 bond;

21       WHEREAS, at the time of the initial appearance the Court scheduled the parties' next

22   appearance for February 11, 2010, for the purposes of identification of counsel and, at that

23   hearing, the defense requested that the Court set a date of March 3, 2010, for preliminary hearing

24   or arraignment. After the appearance on February 11, 2010, the defendant retained new counsel,

25   and the parties agreed to continue the date for a preliminary hearing to March 17, 2010;

26       WHEREAS, the parties agreed to continue the date for a preliminary hearing from March

27   17, 2010 to May 12, 2010; from May 12, 2010 to June 23, 2010; and then again from June 23,

28   2010 to July 16, 2010.

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG

1    WHEREAS, the United States has provided discovery to defense counsel, who has

2  reviewed and will review the evidence. Counsel for the defendant also believes it is in the

3  defendant's best interest to negotiate the case pre-indictment.

4    WHEREAS, counsel for the defendant believes that additional time is necessary to

5  review the evidence and investigate the case, and believes it is in the best interests of the

6  defendant to do so before formal charges are filed;

7    WHEREAS, counsel for the United States has now provided the defendant with an

8  Information and plea agreement, but the parties still need additional time to negotiate the details

9  of a plea. In addition, counsel for the defendant will be out of the office on the date of the

10  scheduled hearing on July 16, 2010;

11    WHEREAS, taking into account the public interest in the prompt disposition of criminal

12  cases, the parties agree that these grounds are good cause for extending the time limits for a

13  preliminary hearing under Federal Rule of Criminal Procedure 5.1 from July 16, 2010 to July 21,

14  2010;

15    WHEREAS, the parties agree that a failure to grant the continuance would deny defense

16  counsel the reasonable time necessary for effective preparation, taking into account the exercise

17  of due diligence, and under the circumstances the ends of justice served by a reasonable

18  continuance outweigh the best interest of the public and the defendant in a speedy trial; and

19    WHEREAS, the defendant consents to the setting of the preliminary hearing on July 21,

20  2010, as well as an exclusion of time under the Speedy Trial Act from July 16, 2010 to July 21,

21  2010;

22    THEREFORE, it is hereby stipulated by and between the parties, through their respective

23  counsel of record, that the date for the preliminary hearing be set for July 21, 2010, at 9:30 a.m.

24  under Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3060 and that time be excluded

25  under the Speedy Trial Act between July 16, 2010 and July 21, 2010, under 18 U.S.C.

26  ///

27  ///

28  ///

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG                    2

1 § 3161(h)(7)(B)(iv).

2 IT IS SO STIPULATED.

3 DATED:  July 12, 2010                                    JOSEPH P. RUSSONIELLO
                                                                         United States Attorney
4

5                                                                                      /s/
                                                                         KYLE F. WALDINGER
6                                                                         Assistant United States Attorney

7

8 DATED:  July 12, 2010                                                  /s/
                                                                         HUGH A. LEVINE
9                                                                         Counsel for the Defendant

10                                             [PROPOSED] ORDER

11          For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in

12 this matter is re-set from July 16, 2010 to July 21, 2010, at 9:30 a.m., before the Honorable

13 Maria-Elena James.  The Court finds that good cause is shown for extending the time limits set

14 forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is

15 proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

16          The Court finds that the failure to grant the requested extension would deny counsel the

17 reasonable time necessary for effective preparation, taking into account the exercise of due

18 diligence.  The Court finds that the ends of justice served by granting the requested extension

19 outweigh the best interests of the public and the defendant in a speedy trial and in the prompt

20 disposition of criminal cases.  The Court also concludes that an exclusion of time from July 16,

21 2010 through and including July 21, 2010, should be made under Title 18, United States Code,

22 Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also finds that the ends of justice

23 served by excluding the period from July 16, 2010 to July 21, 2010 outweigh the best interest of

24 the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

25 IT IS SO ORDERED.

26 Dated: 7-13-10

27                                                                         MARIA-ELENA JAMES
                                                                         UNITED STATES MAGISTRATE JUDGE
28

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG                                        3