KENNETH H. WINE (#142385)
HALLINAN & WINE
345 Franklin Street
San Francisco, California 94102
(415) 621-2400
Fax: (415) 575-9930

Attorneys for Defendant
FLAVIO DE MORAIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-10-557 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER STAYING PAYMENT OF RESTITUTION PENDING APPEAL - FRCrP38 |
| v. | |
| FLAVIO DE MORAIS, | |
| Defendant. | |

The parties hereto stipulate that the restitution order contained in the Judgment [Docket 48] is stayed as of its entry, pending the outcome of the appeal of this case to the Ninth Circuit, pursuant to FRCrP 38(e)(1).

Dated: October 19, 2012         HALLINAN & WINE

                                /s/ Kenneth. H. Wine
                                Kenneth Wine, Esq.
                                Attorney for Defendant

Dated: October 19, 2012         /s/ Kyle Waldinger
                                Kyle Waldinger
                                Attorney for United States

STAY OF RESTITUTION STIP AND ORDER

# ORDER

FOR GOOD CAUSE SHOWN, UPON STIPULATION OF THE PARTIES: the restitution portion of the Judgment entered in the case against Defendant Flavio De Morais is hereby stayed pending the outcome of the appeal of this issue to the Ninth Circuit, pursuant to Federal Rules of Criminal Procedure 38(e)(1).

Dated: October ~~19~~ 24, 2012



APPROVED
Judge William Alsup